JS-6
kdu

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TRUSTMARK LIFE INSURANCE
COMPANY,

      Plaintiff,

          v.

KIMBERLY AGUIRRE, et al.,,

      Defendants.

Case No. 8:23-cv-00245-DOC-KES

Hon. David O. Carter

FINAL *Doc*
[~~PROPOSED~~] STIPULATED
ORDER FOR INTERPLEADER,
DEPOSIT, AND JUDGMENT

Action Filed: February 9, 2023

## STIPULATED ORDER FOR INTERPLEADER, DEPOSIT, AND JUDGMENT

This matter comes before the Court on Plaintiff Trustmark Life Insurance Company (Trustmark) and Defendant Kimberly Aguirre's Proposed Stipulated Order for Interpleader Relief on January 22, 2024, the Honorable David O. Carter presiding. Having been made aware that on January 3, 2024, a Default Judgment was entered by the Court's Clerk against codefendant, A.G., a minor child, through her guardian and next of kin, Iris Gomez, the only remaining defendant having a claim to the entitlement of funds is Kimberly Aguirre.

**IT IS HEREBY ORDERED** that:

1. Trustmark shall, within 30 days of the entry of this Order, deposit into the registry of the Court the proceeds (including applicable interest to date) from Group Policy No. 24276.  Trustmark may deduct from this account, and retain as a reasonable attorney fee, a sum of $3,000.00;

2. Trustmark is discharged from any other or further liability with regard to the Policy or the proceeds payable thereunder;

3. Trustmark is hereby dismissed as a party to this action and shall take no further part in these proceedings;

4. Defendants are hereby restrained and enjoined from initiating or continuing the prosecution of any litigation or other action against Trustmark, whether in any state or federal court or in any other proceeding, regarding the Policy or the proceeds payable thereunder; and

5. The February 13, 2024, Trial Date is vacated.

1

**IT IS SO ORDERED.**

2

3

4

5   Dated: _January 22, 2024_

6

Hon. David O. Carter
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Presented by:

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Freddy Fonseca*

Freddy Fonseca
Attorneys for Plaintiff
Trustmark Life Insurance Company

Acknowledged and Agreed by:

Kimberly Aguirre, Pro se
*/s/ Kimberly Aguirre*

Pro Se, Defendant

4